DATE 12/10/09   CASE NUMBER 4:08cr226
LOCATION Plano   USA Ernest Gonzalez   Assigned
JUDGE RICHARD SCHELL   VS Ernest Gonzalez   Appeared
DEPUTY CLERK B Sanford
RPTR/ECRO Jerry Kelley
TAPE # B  E   **BOBBY BRANDON KINSEY**
USPO Lori Carlson   Defendant
INTERPRETER:
BEGIN 2:21 pm/ 2:54 pm   John Teakell
Attorney

## SENTENCING

X . . . . . .   Sentencing held

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 60 months | | | | 5 years | | | 100.00 |
| 2 | 60 months | | | | 5 years  cc | | | 100.00 |
| | | | | | | | | |

No ruling is necessary on objection #1 because it doesn't effect anything.

The court will note the clarification in objection #2 for Mr. Kinsey.

Mr. Kinsey is sworn in.

Downward departure [De #78] is denied.

The court will grant motion to file under seal [de#79].

Downward departure [de#79.2] is denied.

The court adopts the facts as set forth in the presentence report.

Counts 1&2 to be served consecutively.

Got's motion to dismiss ct 3 is granted.

X . . . . . .   **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**   ☐ See reverse/attached for additional proceedings

_____ Adjourn