Prob. 35

# UNITED STATES DISTRICT COURT

### for the

## EASTERN DISTRICT OF TEXAS

**United States of America**

v.                                                Docket Number 4:08CR00226-001

**Bobby Brandon Kinsey**

*Report and Order Terminating Supervision Prior to the Original Expiration Date*

As part of the sentence imposed in the above referenced cause number, Bobby Brandon Kinsey was placed on supervised release for a period of five years, which commenced on November 14, 2018. Since that time, Bobby Brandon Kinsey has complied with the conditions of supervision, including the payment of all financial obligations. It is accordingly recommended that pursuant to the provisions of 18 U.S.C. §§ 3564(c) and 3583(e)(1), Bobby Brandon Kinsey be discharged from supervision.

Respectfully submitted,                                    Approved by:

*/s/ Simone Norman*                                          */s/ Jesus Perez*

Simone Norman                                                    Jesus Perez
U.S. Probation Officer                                    Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Bobby Brandon Kinsey be discharged from supervision effective upon this Order being filed with the U.S. District Clerk's Office.

**SIGNED** this 13th day of July, 2021.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

MYRA KIRKWOOD
CHIEF PROBATION
OFFICER

NIKKI STEPHENS
DEPUTY CHIEF
PROBATION OFFICER

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF TEXAS
PROBATION AND PRETRIAL SERVICES

July 12, 2021

Reply to:

500 N. CENTRAL EXPWY.
Suite 220
PLANO, TX 75074-6785

(972) 578-9696
FAX: (972) 423-4428

HONORABLE AMOS L MAZZANT III
UNITED STATES DISTRICT JUDGE
PAUL BROWN UNITED STATES COURTHOUSE
101 EAST PECAN STREET SECOND FLOOR
SHERMAN TEXAS

Re: KINSEY, Bobby Brandon
Docket No. 4:08CR00226-001
**Response to Request for Early Termination from Supervised Release**

On December 10, 2009, Bobby Kinsey was sentenced by U.S. District Judge Richard A. Schell, to 120 months imprisonment (Count 1-60 months; Count 2-60 months consecutive to Count 1), followed by a 5-year term of supervised release (Count 1, 5 years; Count 2, 5 years to run concurrently to Count 1), upon pleading guilty to the offenses of Conspiracy to Distribute and Possess with Intent to Manufacture Distribute and Dispense Methamphetamine and Marijuana-21 U.S.C. § 846- Count 1; and Possession of a Firearm in Furtherance of a Drug Trafficking Crime -18 U.S.C. § 924(c)-Count 2. Said term of supervised release is subject to the mandatory and standard conditions of supervision plus special conditions to include: financial disclosure, drug testing and treatment, $200 special assessment, and a 10-year period of federal benefits ineligibility. On November 24, 2015, this case was reassigned to Your Honor. On November 14, 2018, Mr. Kinsey commenced the term of supervision in the Eastern District of Texas-Plano.

Mr. Kinsey has petitioned the Court for early termination from supervised release. Mr. Kinsey has maintained stable residence and employment since commencing the term of supervised release. His last urinalysis submitted on July 8, 2021, produced negative results, other than his verified prescription medication. A criminal history report run on July 8, 2021, reflected no new substantiated criminal activity since commencing supervision. A recommendation from the Government as relayed by Assistant U.S. Attorney Ernest Gonzalez reflects that there is no objection to this request.

Should Your Honor wish to grant the request for early termination from supervised release, please find the attached PROB 35, *Report and Order Terminating Supervision Prior to the Original Expiration Date.* Should Your Honor have any questions, please contact me at (469) 304-4943.

Sincerely,

*Simone Norman*
Simone Norman
U.S. Probation Officer

Reviewed and approved by:

Jesus Perez, Supervising
U.S. Probation Officer

Attachment